**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7180**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CHARLES BENNIE HUNT,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-88-177-P)

———————

Submitted: October 8, 1998          Decided: October 28, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Bennie Hunt, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Bennie Hunt appeals the district court's order denying his Petition for a Writ of Error Coram Nobis. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hunt</u>, No. CR-88-177-P (W.D.N.C. July 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>